**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**UNITED STATES OF AMERICA,**

                Plaintiff,

      v.                  CR NO: 1:23-CR-00091-ADA-BAM

**AUSTIN NOBLITT**

                Defendant.

**FILED**
May 04, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum    ☐ Ad Testificandum

Name of Detainee: AUSTIN NOBLITT
Detained at: FCI - MENDOTA
Detainee is:
    a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
        charging detainee with: _____
  or  b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
    a.) ☐ return to the custody of detaining facility upon termination of proceedings
  or  b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary Tuesday, May 16, 2023 at 2:00pm in the Eastern District of California.*

Signature: /s/Jeffrey Spivak
Printed Name & Phone No: Jeffrey Spivak 559-497-4073
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, Tuesday, May 16, 2023 at 2:00pm, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **May 4, 2023**

Honorable Erica P. Grosjean
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

AKA(s) (if: _____    ☒ Male  ☐ Female
Booking or CDC #: _____    DOB: _____
Facility Address: _____    Race: _____
Facility Phone: _____    FBI#: _____
Currently: _____

## RETURN OF SERVICE

Executed on: _____

(signature)