PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
CHAN HEE CHU
Special Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>   v.<br><br>AUSTIN NOBLITT, and<br>DANIEL HIGGINS<br><br>         Defendants. | CASE NO. 1:23-CR-00091 ADA BAM<br><br>JOINT STATUS REPORT AND STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: May 24, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

1. This case set for status conference on May 24, 2023. As set forth below, the parties now move, by stipulation, to continue the status conference to July 26, 2023, and to exclude the time period between May 24, 2023 and July 26, 2023 under the Speedy Trial Act.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

2. By previous order, this matter was set for status on May 24, 2023. Defendants recently made their initial appearances on the indictment. By this stipulation, defendants now move to continue the status conference until July 26, 2023, and to exclude time between May 24, 2023, and July 26, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes numerous investigative reports and substantial audio/video evidence. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendants desire additional time to consult with his/her client, review the charges, conduct investigation and research, review discovery and discuss potential resolution of the case.

    c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 24, 2023 to July 26, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///

STIPULATION; [PROPOSED] ORDER

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| Dated: May 22, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ JEFFREY A. SPIVAK<br>JEFFREY A. SPIVAK<br>Assistant United States Attorney |
|---|---|
| Dated: May 22, 2023 | HEATHER WILLIAMS<br>Federal Defender<br><br>/s/ Erin Snider<br>Erin Snider<br>Assistant Federal Defender<br>Counsel for Defendant Austin Noblitt |
| Dated: May 22, 2023 | /s/ MICHAEL AED<br>Michael Aed<br>Counsel for Defendant<br>Daniel Higgins |

**ORDER**

IT IS SO ORDERED that the status conference is continued from May 24, 2023, to **July 26, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:  **May 22, 2023**/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE