HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
AUSTIN NOBLITT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00091-ADA-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | Date:  August 9, 2023 |
| AUSTIN NOBLITT and DANIEL HIGGINS, | Time:  1:00 p.m.<br>Judge: Hon. Barbara A. McAuliffe |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, Assistant Federal Defender Erin Snider, counsel for Austin Noblitt, and Michael J. Aed, counsel for Daniel Higgins, that the status conference currently scheduled for July 26, 2023, at 1:00 p.m. may be continued to August 9, 2023, at 1:00 p.m.

The parties agree and request that the Court make the following findings:

1. By previous order, this matter was set for a status conference on July 26, 2023.
2. The government has produced 302 bates-marked items in this matter.
3. The parties are engaged in plea negotiations and believe that a resolution is likely.
4. Counsel for the defendants require additional time to review discovery, consult with their clients regarding the case, and continue with plea negotiations.
5. Counsel for the defendants believes that failure to grant the above-requested

1  continuance would deny them the reasonable time necessary for effective preparation, taking into
2  account the exercise of due diligence.
3      6.    The government does not object to the continuance.
4      7.    Based on the above-stated findings, the ends of justice served by continuing the
5  case as requested outweigh the interest of the public and the defendant in a trial within the
6  original date prescribed by the Speedy Trial Act.
7      8.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
8  *et seq.*, within which trial must commence, the time period of July 26, 2023, to August 9, 2023,
9  inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).
10  **IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: July 19, 2023

*/s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: July 19, 2023

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
AUSTIN NOBLITT

Date: July 19, 2023

*/s/ Michael Aed*
MICHAEL AED
Attorney for Defendant
DANIEL HIGGINS

///
///
///
///
///

## ORDER

IT IS SO ORDERED that the status conference is continued from July 26, 2023, to **August 9, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **July 19, 2023**          /s/ Barbara A. McAuliffe          
                                                                UNITED STATES MAGISTRATE JUDGE