1   HEATHER E. WILLIAMS, CA Bar #122664
    Federal Defender
2   ERIN SNIDER, CA Bar #304781
    Assistant Federal Defender
3   Office of the Federal Defender
    2300 Tulare Street, Suite 330
4   Fresno, CA  93721-2226
    Telephone: (559) 487-5561
5   Fax: (559) 487-5950

6   Attorneys for Defendant
    AUSTIN NOBLITT

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 1:23-cr-00091-ADA-BAM

12           Plaintiff,                **STIPULATION TO CONTINUE STATUS
                                       CONFERENCE; ORDER**
13  vs.
                                       Date:  September 13, 2023
14  AUSTIN NOBLITT and DANIEL          Time:  1:00 p.m.
    HIGGINS,                           Judge: Hon. Barbara A. McAuliffe
15
             Defendant.
16

17        IT IS HEREBY STIPULATED by and between the parties through their respective

18  counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, Assistant Federal

19  Defender Erin Snider, counsel for Austin Noblitt, and Michael J. Aed, counsel for Daniel

20  Higgins, that the status conference currently scheduled for August 9, 2023, at 1:00 p.m. may be

21  continued to September 13, 2023, at 1:00 p.m.

22        The parties agree and request that the Court make the following findings:

23        1.    By previous order, this matter was set for a status conference on August 9, 2023.

24        2.    The government has produced 302 bates-marked items in this matter.

25        3.    Counsel for the defendants require additional time to review discovery, consult

26  with their clients regarding the case, and continue with plea negotiations.

27        4.    Counsel for the defendants believes that failure to grant the above-requested

28  continuance would deny them the reasonable time necessary for effective preparation, taking into

1   account the exercise of due diligence.

2        5.      The government does not object to the continuance.

3        6.      Based on the above-stated findings, the ends of justice served by continuing the

4   case as requested outweigh the interest of the public and the defendant in a trial within the

5   original date prescribed by the Speedy Trial Act.

6        7.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

7   *et seq.*, within which trial must commence, the time period of August 9, 2023, to September 13,

8   2023, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

9        **IT IS SO STIPULATED.**

10                                       Respectfully submitted,

11
                                         PHILLIP A. TALBERT
12                                       United States Attorney

13   Date: August 1, 2023              */s/ Jeffrey Spivak*
                                         JEFFREY SPIVAK
14                                       Assistant United States Attorney
                                         Attorney for Plaintiff
15

16                                       HEATHER E. WILLIAMS
                                         Federal Defender
17
     Date: August 1, 2023              */s/ Erin Snider*
18                                       ERIN SNIDER
                                         Assistant Federal Defender
19                                       Attorney for Defendant
                                         AUSTIN NOBLITT
20

21   Date: August 1, 2023              */s/ Michael Aed*
                                         MICHAEL AED
22                                       Attorney for Defendant
                                         DANIEL HIGGINS
23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1

## **ORDER**

2        IT IS SO ORDERED that the status conference is continued from August 9, 2023, to

3   **September 13, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.   Time is

4   excluded pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

5        IT IS SO ORDERED.

6

7   Dated:   **August 2, 2023**                    /s/ *Barbara A. McAuliffe*
                                                   UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Noblitt and Higgins – Stipulation to Continue Status            3
Conference