HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
AUSTIN NOBLITT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AUSTIN NOBLITT and DANIEL HIGGINS,<br><br>Defendant. | Case No. 1:23-cr-00091-ADA-BAM<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>Date:   December 13, 2023<br>Time:  1:00 p.m.<br>Judge: Hon. Barbara A. McAuliffe |

   IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, Assistant Federal Defender Erin Snider, counsel for Austin Noblitt, and Michael J. Aed, counsel for Daniel Higgins, that the status conference currently scheduled for September 13, 2023, at 1:00 p.m. may be continued to December 13, 2023, at 1:00 p.m.

   The parties agree and request that the Court make the following findings:

   1.   By previous order, this matter was set for a status conference on September 13, 2023.

   2.   The government has produced 302 bates-marked items in this matter.

   3.   Counsel for the defendants require additional time to review discovery, consult with their clients regarding the case, and continue with plea negotiations.

   4.   Counsel for the defendants believes that failure to grant the above-requested

1  continuance would deny them the reasonable time necessary for effective preparation, taking into
2  account the exercise of due diligence.
3        5.     The government does not object to the continuance.
4        6.     Based on the above-stated findings, the ends of justice served by continuing the
5  case as requested outweigh the interest of the public and the defendant in a trial within the
6  original date prescribed by the Speedy Trial Act.
7        7.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
8  *et seq.*, within which trial must commence, the time period of September 13, 2023, to December
9  13, 2023, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).
10       **IT IS SO STIPULATED.**
11                                            Respectfully submitted,
12
13                                            PHILLIP A. TALBERT
                                              United States Attorney
14  Date: September 6, 2023                   */s/ Jeffrey Spivak*
                                              JEFFREY SPIVAK
15                                            Assistant United States Attorney
                                              Attorney for Plaintiff
16
17                                            HEATHER E. WILLIAMS
                                              Federal Defender
18
19  Date: September 6, 2023                   */s/ Erin Snider*
                                              ERIN SNIDER
20                                            Assistant Federal Defender
                                              Attorney for Defendant
21                                            AUSTIN NOBLITT
22
23  Date: September 5, 2023                   */s/ Michael Aed*
                                              MICHAEL AED
24                                            Attorney for Defendant
                                              DANIEL HIGGINS
25  / / /
26  / / /
27  / / /
28  / / /

**O R D E R**

IT IS SO ORDERED. The status conference currently scheduled for September 13, 2023, at 1:00 p.m. is hereby continued to **December 13, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: **September 6, 2023**         /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE