```
1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   AUSTIN NOBLITT
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00091-NODJ-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | |
| AUSTIN NOBLITT and DANIEL HIGGINS, | Date:  July 10, 2024<br>Time:  1:00 p.m.<br>Judge: Hon. Barbara A. McAuliffe |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, Assistant Federal Defender Erin Snider, counsel for Austin Noblitt, and Michael J. Aed, counsel for Daniel Higgins, that the status conference currently scheduled for May 22, 2024, at 1:00 p.m. may be continued to July 10, 2024, at 1:00 p.m.

The parties agree and request that the Court make the following findings:

1. By previous order, this matter was set for a status conference on May 22, 2024.

2. The government has produced 302 bates-marked items in this matter.

3. Counsel for the defendants require additional time to review discovery, consult with their clients regarding the case, and continue with plea negotiations.

4. Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into

1  account the exercise of due diligence.

2      5.    The government does not object to the continuance.

3      6.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    7.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of May 22, 2024, to July 10, 2024, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: May 15, 2024    */s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: May 15, 2024    */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
AUSTIN NOBLITT


Date: May 15, 2024    */s/ Michael Aed*
MICHAEL AED
Attorney for Defendant
DANIEL HIGGINS

/ / /

/ / /

/ / /

/ / /

/ / /

# O R D E R

**IT IS SO ORDERED.** The status conference currently scheduled for May 22, 2024, at 1:00 p.m. is hereby continued to **July 10, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv). However, in any request for a continuance, the parties shall explain when they will be ready to set a trial date.

IT IS SO ORDERED.

Dated:  **May 15, 2024**          /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE