HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
AUSTIN NOBLITT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AUSTIN NOBLITT and DANIEL HIGGINS,<br><br>Defendant. | Case No. 1:23-cr-00091-NODJ-BAM<br><br>**STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR CHANGE-OF-PLEA HEARING; ORDER**<br><br>Date:  July 17, 2024<br>Time:  8:30 p.m.<br>Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, Assistant Federal Defender Erin Snider, counsel for Austin Noblitt, and Michael J. Aed, counsel for Daniel Higgins, that the Court may vacate the status conference currently scheduled for July 10, 2024, at 1:00 p.m. and set a change-of-plea hearing on July 17, 2024, at 8:30 a.m.

The parties agree and request that the Court make the following findings:

1. By previous order, this matter was set for a status conference on July 10, 2024 at 1:00 p.m.

2. The parties have reached a resolution and anticipate filing plea agreements shortly.

3. The parties therefore request that the Court vacate the July 10, 2024 status conference and set a change-of-plea hearing on July 17, 2024, at 8:30 a.m.

4. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the parties agree that the time period of July 10, 2024, to July 17, 2024, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(1)(G) and (h)(7)(B)(iv). Specifically, the parties agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act because the continuance ensures continuity of counsel and the delay results from defense counsel's continued review of discovery and case assessment, defense counsel's need to review the plea agreement with their clients, and the court's consideration of the plea agreements.

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: July 1, 2024      */s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: July 1, 2024      */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
AUSTIN NOBLITT


Date: July 1, 2024      */s/ Michael Aed*
MICHAEL AED
Attorney for Defendant
DANIEL HIGGINS

/ / /

/ / /

/ / /

/ / /

# **O R D E R**

**IT IS SO ORDERED.** The status currently scheduled for July 10, 2024, at 1:00 p.m. is vacated. A change-of-plea hearing is hereby set for July 17, 2024, at 8:30 a.m. before the District Judge. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of July 10, 2024, to July 17, 2024, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(1)(G) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: **July 1, 2024**         /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE